IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelly, Dennis Gerard | Case Number: 05 B 35646 |
|---|---|---|
| | Kelly, Annanarie Mary | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | Filed: 9/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 7, 2008
Confirmed: November 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 177,660.00 | |
| Secured: | | 88,501.31 |
| Unsecured: | | 78,210.39 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 9,748.30 |
| Other Funds: | | 0.00 |
| Totals: | 177,660.00 | 177,660.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,200.00 | 1,200.00 |
| 2. | Wells Fargo | Secured | 20,160.01 | 20,160.01 |
| 3. | Wells Fargo Home Mortgage | Secured | 58,043.61 | 58,043.61 |
| 4. | ECast Settlement Corp | Secured | 1,013.52 | 1,013.52 |
| 5. | Harris Bank | Secured | 7,454.55 | 7,454.55 |
| 6. | Wells Fargo Home Mortgage | Secured | 1,829.62 | 1,829.62 |
| 7. | Bank Of America | Unsecured | 4,166.68 | 5,494.31 |
| 8. | Discover Financial Services | Unsecured | 4,025.84 | 5,308.62 |
| 9. | American Express Centurion | Unsecured | 350.47 | 462.09 |
| 10. | ECast Settlement Corp | Unsecured | 1,168.51 | 1,540.83 |
| 11. | ECast Settlement Corp | Unsecured | 5,433.74 | 7,165.13 |
| 12. | ECast Settlement Corp | Unsecured | 10,888.14 | 14,357.41 |
| 13. | Specialized Management Consultants | Unsecured | 1,024.38 | 1,350.56 |
| 14. | Resurgent Capital Services | Unsecured | 2,138.30 | 2,819.59 |
| 15. | ECast Settlement Corp | Unsecured | 12,452.54 | 16,420.09 |
| 16. | ECast Settlement Corp | Unsecured | 471.30 | 621.36 |
| 17. | World Financial Network Nat'l | Unsecured | 965.10 | 1,272.58 |
| 18. | World Financial Network Nat'l | Unsecured | 72.38 | 95.44 |
| 19. | American Express Centurion | Unsecured | 506.21 | 667.41 |
| 20. | Kohl's/Kohl's Dept Stores | Unsecured | 41.59 | 54.83 |
| 21. | ECast Settlement Corp | Unsecured | 2,247.74 | 2,963.94 |
| 22. | Resurgent Capital Services | Unsecured | 4,125.42 | 5,439.87 |
| 23. | ECast Settlement Corp | Unsecured | 5,619.03 | 7,409.39 |
| 24. | ECast Settlement Corp | Unsecured | 1,325.61 | 1,747.98 |
| 25. | Harris Bank | Unsecured | 514.82 | 678.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kelly, Dennis Gerard  
Kelly, Annanarie Mary  
Printed: 10/7/08

Case Number: 05 B 35646  
Judge: Goldgar, A. Benjamin  
Filed: 9/6/05

| | | | | |
|---|---|---|---|---|
| 26. | Bank Of America | Unsecured | 1,774.72 | 2,340.18 |
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 29. | MBNA America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 149,013.83 | $ 167,911.70 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 2,406.12 |
| 5% | 700.96 |
| 4.8% | 1,331.38 |
| 5.4% | 3,341.66 |
| 6.5% | 1,968.18 |
| | _____ |
| | $ 9,748.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

